**Order entered September 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00620-CV

**LUIS A. SANTIAGO, ET AL., Appellants**

**V.**

**MACKIE WOLF ZIENTZ & MANN, P.C., Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01743-2013**

## ORDER

We **DENY** appellee's September 6, 2013 motion to abate the appeal. The Court will submit appellate cause numbers 05-13-00619-CV and 05-13-00620-CV on the same date before the same panel.

/s/     DAVID LEWIS
           JUSTICE